**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Laura Schultz, | NO. **CV-23-00358-TUC-RCC (MSA)** |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed December 11, 2023, the Decision of the Commissioner of Social Security is reversed, and this matter is remanded back to the agency for further proceedings consistent with the terms of the Stipulation for Remand.

Debra D. Lucas
District Court Executive/Clerk of Court

December 11, 2023

By  s/ C. Ortiz
    Deputy Clerk